21 F.3d 354
 FANTASY, INC., Plaintiff-Counterdefendant-Appellee,
v.
John C. FOGERTY, Defendant-Counterclaimant-Appellant.
FANTASY, INC., Plaintiff-Appellee,
v.
John C. FOGERTY, Defendant,
and
Warner Bros. Records, Inc.; WEA International, Inc.;
Warner Communications, Inc.; WEA Manufacturing,
Inc.; and WEA Corporation, Defendants-Appellants.
 Nos. 88-15815, 89-15118, 88-15816 and 89-15120.
 United States Court of Appeals,
Ninth Circuit.
 April 11, 1994.
 
 On Remand from the United States Supreme Court.
 Before: BOOCHEVER, NOONAN, and O'SCANNLAIN, Circuit Judges.
 
 
 1
 This case is remanded to the district court for further proceedings consistent with the opinion of the United States Supreme Court, Fogerty v. Fantasy, Inc., --- U.S. ----, 114 S.Ct. 1023, 127 L.Ed.2d 455 (1994).